IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Clay, Alicia R | Case Number: 06 B 08901 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 12/02/08 | Filed: 7/26/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 1, 2008
Confirmed: October 4, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,991.04 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 8,118.31 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,267.00 |
| Trustee Fee: |  | 578.67 |
| Other Funds: |  | 27.06 |
| Totals: | 10,991.04 | 10,991.04 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Mark D Weisman | Administrative | 2,267.00 | 2,267.00 |
| 2. | Illinois Title Loans | Secured | 0.00 | 0.00 |
| 3. | Southeast Anesthesia Consult | Unsecured | 250.91 | 184.83 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 798.00 | 587.81 |
| 5. | Debt Recovery Solutions | Unsecured | 167.86 | 115.30 |
| 6. | Alabama | Unsecured | 641.81 | 472.76 |
| 7. | Galway Financial Service | Unsecured | 587.10 | 432.46 |
| 8. | United Collection Bureau Inc | Unsecured | 26.56 | 15.57 |
| 9. | Toyota Motor Credit Corporatio | Unsecured | 8,322.28 | 6,130.29 |
| 10. | Loan Express Company | Unsecured | 134.75 | 92.56 |
| 11. | RoundUp Funding LLC | Unsecured | 126.25 | 86.73 |
| 12. | Corporate America Family CU | Unsecured |  | No Claim Filed |
| 13. | AT&T | Unsecured |  | No Claim Filed |
| 14. | Bally's Health Club | Unsecured |  | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 16. | Direct Tv | Unsecured |  | No Claim Filed |
| 17. | Drs Banuchi & Banuchi | Unsecured |  | No Claim Filed |
| 18. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 19. | Evergreen Medical Specialist | Unsecured |  | No Claim Filed |
| 20. | Little Company Of Mary Hospital | Unsecured |  | No Claim Filed |
| 21. | Elmhurst Memorial Hospital | Unsecured |  | No Claim Filed |
| 22. | Spiegel | Unsecured |  | No Claim Filed |
| 23. | Resurgent Capital Services | Unsecured |  | No Claim Filed |
| 24. | Little Company Of Mary Hospital | Unsecured |  | No Claim Filed |
| 25. | Collection System | Unsecured |  | No Claim Filed |
| 26. | University Rheumatologists | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Clay, Alicia R

Printed: 12/02/08

Case Number: 06 B 08901
Judge: Squires, John H
Filed: 7/26/06

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 28. | Associated Pathology Consultants | Unsecured | | No Claim Filed |
| 29. | Comcast | Unsecured | | No Claim Filed |
| 30. | Metro Paramedic Services Inc | Unsecured | | No Claim Filed |
| 31. | University Of Chicago Medical Center | Unsecured | | No Claim Filed |
| 32. | Trinity Hospital | Unsecured | | No Claim Filed |
| 33. | City Of Chicago | Unsecured | | No Claim Filed |
| 34. | Alabama State University | Unsecured | | No Claim Filed |
| | | | $ 13,322.52 | $ 10,385.31 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 157.99 |
| 5.4% | 383.17 |
| 6.5% | 37.51 |
| | $ 578.67 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

